FILED
2008 Jul-08 PM 03:46
U.S. DISTRICT COURT
N.D. OF ALABAMA 

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| PENNY ALLEN, | ] |
| Plaintiff, | ] |
| vs. | ]  7:06-CV-2150-LSC |
| DOLGENCORP, INC., *et al.*, | ] |
| Defendants. | ] |

| | |
|---|---|
| BERYL DAUZAT, | ] |
| Plaintiff, | ] |
| vs. | ]  7:06-CV-2160-LSC |
| DOLGENCORP, INC., *et al.*, | ] |
| Defendants. | ] |

| | |
|---|---|
| DEBORAH FRANCIS, | ] |
| Plaintiff, | ] |
| vs. | ]  7:06-CV-2164-LSC |
| DOLGENCORP, INC., *et al.*, | ] |
| Defendants. | ] |

| | | |
|---|---|---|
| REGINA FRANKLIN, | ] | |
| | ] | |
| Plaintiff, | ] | |
| | ] | |
| vs. | ] | 7:06-CV-2165-LSC |
| | ] | |
| DOLGENCORP, INC., *et al.*, | ] | |
| | ] | |
| Defendants. | ] | |

| | | |
|---|---|---|
| MICHAEL HADAWAY, | ] | |
| | ] | |
| Plaintiff, | ] | |
| | ] | |
| vs. | ] | 7:06-CV-2171-LSC |
| | ] | |
| DOLGENCORP, INC., *et al.*, | ] | |
| | ] | |
| Defendants. | ] | |

| | | |
|---|---|---|
| CATHY THOMAS, | ] | |
| | ] | |
| Plaintiff, | ] | |
| | ] | |
| vs. | ] | 7:06-CV-2204-LSC |
| | ] | |
| DOLGENCORP, INC., *et al.*, | ] | |
| | ] | |
| Defendants. | ] | |

| | |
|---|---|
| WANDA WOMACK, | ] |
| | ] |
| Plaintiff, | ] |
| | ] |
| vs. | ]   7:06-CV-2213-LSC |
| | ] |
| DOLGENCORP, INC., *et al.*, | ] |
| | ] |
| Defendants. | ] |

MEMORANDUM OF OPINION AND ORDER

The above cases are before this Court on remand from the Eleventh Circuit Court of Appeals. The Eleventh Circuit Court of Appeals vacated the summary judgements entered by this Court in these cases and directed that this Court reconsider them in light of its recent decision in *Rodriguez v. Farm Stores Grocery, Inc.*, 518 F.3d 1259 (11th Cir. 2008).

After considering *Rodriguez* and "constru[ing] all reasonable inferences from the evidence in the light most favorable to the nonmoving party. . . ." *Hogan v. Allstate Ins. Co.,* 361 F.3d 621, 625 (11th Cir. 2004),  it is the opinion of this Court that summary judgment is due to be and hereby is DENIED.

Done this 8th day of July 2008.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
151277